Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  3:20-cv-5309-CRB<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE 15-PAGE LIMIT IN SUPPORT OF THEIR MOTION FOR: (1) PRELIMINARY INJUNCTION; (2) CLASS CERTIFICATION; AND (3) APPOINTMENT OF CO-LEAD CLASS COUNSEL**<br><br>Local Civ. R. 7-11 |

Plaintiffs Colin Scholl and Lisa Strawn respectfully request permission to file a brief totaling 25 pages in connection with their forthcoming and concurrently-filed Motion for Preliminary Injunction and Provisional Class Certification.

Pursuant to the Local Rules, legal memoranda may be up to 25 pages in length. Local Civ. R. 7-2(b). Under this Court's standing order, however, most legal briefs "may not exceed 15 pages in length" and "[a]ny party wishing to exceed this limit must request leave of Court and must show good cause." General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer, Paragraph (I)(C).

Plaintiffs' Motion for Preliminary Injunction, Class Certification, and Appointment of Co-Lead Class Counsel, addresses several multi-faceted legal issues, including (1) the proper statutory interpretation of the CARES Act, codified 26 U.S.C. Section 6428; (2) whether Defendants have unlawfully withheld CARES Act payments pursuant to Section 706(1) of the Administrative Procedure Act (APA), 5 U.S.C. § 702, *et seq.*; (3) whether Defendants' policy of treating incarcerated persons as ineligible for those payments violates Section 706(2) of the APA; (4) whether Plaintiffs and members of the proposed Class will suffer irreparable harm in the absence of a preliminary injunction; and (5) whether the certification of a Class is appropriate under Federal Rule of Civil Procedure 23(b)(2) and/or (b)(3).

In order to provide the Court with sufficient factual background and robust legal analysis, Plaintiffs respectfully request leave to file a 25-page memorandum in support of their motion. The additional pages will assist the Court in understanding and deciding the issues pertinent to Plaintiffs' motion. Plaintiffs were unable to obtain a stipulation from Defendants because Defendants have not yet appeared in the litigation and further delay would cause irreparable harm, as explained in their concurrently filed preliminary injunction motion. *See* Local Civ. R. 7-11(a).

| | | |
|---|---|---|
| 1 | Dated: August 4, 2020 | Respectfully submitted, |

By: */s/ Kelly M. Dermody*
    Kelly M. Dermody

Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder (SBN 212628)
EQUAL JUSTICE SOCIETY
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery St., 29th Floor, San Francisco, CA 94111. I am readily familiar with this firm's practices for collection and processing of mail with the United States Postal Service. On August 4, 2020, I placed with this firm at the above address for deposit with the United States Postal Service, for delivery by certified mail, a true and correct copy of this document and the supporting declarations and exhibits to Defendants, postage fully paid, addressed as follows:

>Civil Process Clerk
>United States Attorney's Office
>Northern District of California
>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA 94102
>
>The Honorable Steven T. Mnuchin
>United States of America
>Secretary of the Treasury
>U.S. Department of the Treasury
>1500 Pennsylvania Avenue, NW
>Washington, DC 20220
>
>The Honorable Charles P. Rettig, Commissioner
>Internal Revenue Service
>1111 Constitution Avenue, NW
>Washington, DC 20224
>
>U.S. Department of the Treasury
>1500 Pennsylvania Avenue, NW
>Washington, DC 20220
>
>U.S. Internal Revenue Service
>1111 Constitution Avenue, NW
>Washington, DC 20224
>
>United States of America
>Department of Justice
>Civil Process Clerk
>950 Pennsylvania Ave, NW
>Washington, DC 20530

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the

1  United States Postal Service on this date.  Additionally, as a courtesy in light of the COVID-19
2  pandemic, a copy was sent electronically to the United States Attorney's Office of the Northern
3  District of California to Sara Winslow, Chief of the Civil Division of the United States Attorney's
4  Office in the Northern District of California, at sara.winslow@usdoj.gov.
5      I declare under penalty of perjury under the laws of the United States that the above is true
6  and correct.  Executed on August  4, 2020, at San Francisco, California.

            */s/ Kelly M. Dermody*
             Kelly M. Dermody

2016558.1