Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  3:20-cv-5309-CRB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR (1) PRELIMINARY INJUNCTION; (2) CLASS CERTIFICATION; AND (3) APPOINTMENT OF CO-LEAD CLASS COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201, Plaintiffs hereby request that the Court take judicial notice of the following documents in support of Plaintiffs' Motion for Preliminary Injunction, Class Certification, and Appointment of Co-Lead Class Counsel, which is filed concurrently. The exhibit references correspond to the exhibits attached to the Declaration of Yaman Salahi filed herewith:

| | |
|---|---|
| Exhibit 1: | IRS News Release Entitled "Economic Impact Payments: What You Need to Know" |
| Exhibit 2: | IRS Web Page Entitled "Economic Impact Payments" |
| Exhibit 3: | Department of Treasury Press Release Entitled "Treasury, IRS Announce Delivery of 159 Million Economic Impact Payments" |
| Exhibit 4: | IRS Web Page Entitled "Economic Impact Payment Information Center" |
| Exhibit 5: | Update to IRS Internal Procedure Manual Entitled "entitled "Clarified Amended Return Filing and Revised Over the Phone Interpreter Procedures" |
| Exhibit 6: | Treasury Department's Inspector General for Tax Administration Report Entitled "Interim Results of the 2020 Filing Season: Effect of COVID-19 Shutdown on Tax Processing and Customer Service Operations and Assessment of Efforts to Implement Legislative Provisions." |
| Exhibit 16: | Department of Labor News Release Regarding Weekly Unemployment Insurance Claims |
| Exhibit 39: | 166 Cong. Rec. S2007 (daily ed. Mar. 24, 2020) (statement of Sen. McConnell) |
| Exhibit 40: | 166 Cong. Rec. E339 (daily ed. Mar. 31, 2020) (statement of Rep. Jayapal) |
| Exhibit 41: | 166 Cong. Rec. S1929 (daily ed. Mar. 23, 2020) (statement of Sen. Lankford) |
| Exhibit 42: | 166 Cong. Rec. S1968 (daily ed. Mar. 23, 2020) (statement of Sen. Rounds) |
| Exhibit 43: | IRS News Release Entitled "Act by Wednesday for Chance to Get Quicker Economic Impact Payment" |

| | | |
|---|---|---|
| Exhibit 44: | | Bureau of Justice Statistics Report Entitled "Prisoners in 2017" |

## I. INTRODUCTION

Plaintiffs respectfully request that the Court take judicial notice of 13 documents, including statements made in the Congressional Record, press releases by governmental agencies, and government reports and websites, attached as exhibits to the concurrently-filed Declaration of Yaman Salahi. These are publically available documents the authenticity of which cannot reasonably be disputed.

## II. ARGUMENT

A court may take judicial notice of facts that are "generally known" or capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (quoting Fed. R. Evid. 201(b)(1)-(2)).

Exhibits 39, 40, 41, and 42 are statements contained in the Congressional Record related to passage of the CARES Act. "[C]ourts regularly take judicial notice of congressional records." *Hadley v. Kellogg Sales Co.*, 243 F. Supp. 3d 1074, 1087 (N.D. Cal. 2017) (granting judicial notice as to congressional records).

Exhibits 2 and 4 are IRS webpages explaining how to obtain an EIP check and answering Frequently Asked Questions regarding Economic Impact Payments. Exhibit 5 is an update to the IRS's internal procedure manual, published on the IRS website. Exhibit 6 is a report by the Treasury Department's Inspector General for Tax Administration. Exhibit 44 is a report published by the Bureau of Justice Statistics and available on the agency's website. "Information on government agency websites has often been treated as properly subject to judicial notice." *Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 9, 2008); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 999 (9th Cir. 2010) (taking judicial notice of information compiled by government entities and made publicly available on their websites); *Missud v. Oakland Coliseum Joint Venture*, No. 12-02967 JCS, 2013 WL 3286193, at *8 (N.D. Cal. June 27, 2013) (taking judicial notice of information appearing on official government websites).

Exhibit 3 is a press release from the Department of Treasury announcing the delivery of

1  EIP checks to millions of Americans.  Exhibits 1 and 43 are news releases from the IRS regarding
2  EIP payments.  Exhibit 16 is a news release by the Department of Labor regarding unemployment
3  claims.  Press releases are appropriate subjects of judicial notice.  *See Gustavson v. Mars, Inc.*,
4  No. 13-CV-04537, 2014 WL 2604774, at *3 n.1 (N.D. Cal. June 10, 2014) (taking judicial notice
5  of FDA press release on the agency's website); *Save Strawberry Canyon v. Dep't of Energy*, No.
6  C 08-03494 WHA, 2009 WL 2524575, at *1 n.2 (N.D. Cal. Aug. 17, 2009) (taking judicial notice
7  of government websites and a publically-available University of California press release).
8       Therefore Exhibits 1, 2, 3, 4, 5, 6, 16, 39, 40, 41, 42, 43, and 44 are appropriate for
9  judicial notice.

1  Dated: August 4, 2020                           Respectfully submitted,

3                                                  By: */s/ Yaman Salahi*
                                                        Yaman Salahi

5                                                  Kelly M. Dermody (SBN 171716)
                                                   Yaman Salahi (SBN 288752)
                                                   Jallé Dafa (SBN 290637)
                                                   LIEFF CABRASER HEIMANN
                                                       & BERNSTEIN, LLP
                                                   275 Battery Street, 29th Floor
                                                   San Francisco, CA  94111-3339
                                                   Telephone:  415.956.1000
                                                   Facsimile:  415.956.1008
                                                   kdermody@lchb.com
                                                   ysalahi@lchb.com
                                                   jdafa@lchb.com

                                                   Eva Paterson (SBN 67081)
                                                   Mona Tawatao (SBN 128779)
                                                   Christina Alvernaz (SBN 329768)
                                                   EQUAL JUSTICE SOCIETY
                                                   1939 Harrison St., Suite 818
                                                   Oakland, CA  94612
                                                   Telephone: 415-288-8703
                                                   Facsimile:  510-338-3030
                                                   epaterson@equaljusticesociety.org
                                                   mtawatao@equaljusticesociety.org
                                                   calvernaz@equaljusticesociety.org

                                                   Lisa Holder (SBN 212628)
                                                   EQUAL JUSTICE SOCIETY
                                                   P.O. Box 65694
                                                   Los Angeles, CA 90065
                                                   Telephone: 323-683-6610
                                                   lisaholder@yahoo.com

                                                   *Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery St., 29th Floor, San Francisco, CA 94111. I am readily familiar with this firm's practices for collection and processing of mail with the United States Postal Service. On August 4, 2020, I placed with this firm at the above address for deposit with the United States Postal Service, for delivery by certified mail, a true and correct copy of this document and the supporting declarations and exhibits to Defendants, postage fully paid, addressed as follows:

> Civil Process Clerk
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, CA 94102
>
> The Honorable Steven T. Mnuchin
> United States of America
> Secretary of the Treasury
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220
>
> The Honorable Charles P. Rettig, Commissioner
> Internal Revenue Service
> 1111 Constitution Avenue, NW
> Washington, DC 20224
>
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220
>
> U.S. Internal Revenue Service
> 1111 Constitution Avenue, NW
> Washington, DC 20224
>
> United States of America
> Department of Justice
> Civil Process Clerk
> 950 Pennsylvania Ave, NW
> Washington, DC 20530

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the

United States Postal Service on this date.  Additionally, as a courtesy in light of the COVID-19 pandemic, a copy was sent electronically to the United States Attorney's Office of the Northern District of California to Sara Winslow, Chief of the Civil Division of the United States Attorney's Office in the Northern District of California, at sara.winslow@usdoj.gov.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on August 4, 2020, at San Francisco, California.

*/s/ Yaman Salahi*
Yaman Salahi