UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 3:20-cv-5309-CRB<br><br>**DECLARATION OF COLIN SCHOLL IN SUPPORT OF PLAINTIFFS' MOTION FOR: (1) PRELIMINARY INJUNCTION; (2) CLASS CERTIFICATION; AND (3) APPOINTMENT OF CO-LEAD CLASS COUNSEL** |

I, Colin Scholl, declare as follows:

1. I am a United States citizen currently incarcerated in Salinas Valley State Prison in Soledad, California, and I am a plaintiff in the above-titled action. I am over the age of 18. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. I have not received an Economic Impact Payment ("EIP") despite meeting the eligibility criteria of Congress. Earlier this year, I used the IRS's online "non-filer" portal to file a claim. I received a letter in the mail stating that my claim had been approved. However, when I did not receive a payment, I called the IRS to follow-up. Over the phone, I was told that I would not receive a check because incarcerated people like myself are ineligible. To date, I have not received a payment.

3. I expect to be released back into society in late 2021. One of my main focuses while in prison has been to prepare myself to live a stable and law-abiding life after release. In prison, I have successfully completed five degrees: an Associates of Science in Math & Science from Coastline College, an Associates of Science in Business with a Certificate for Small Business Entrepreneurship from Coastline College, an Associates of Arts in Social Behavioral Sciences with an emphasis in Chemical Dependency from Lassen College, an Associates of Arts in American Studies from Coastline College, and an Associates of Arts in Arts & Humanities from Coastline College. I am currently studying to complete a degree program for a Bachelors of Arts in English and Sociology from Adams State University, and I need the EIP funds to do so before my release. I also have completed a drug dependency program, which is a significant step toward my ability to re-integrate in society. I am doing what I can to turn my life around once I'm released.

4. I need to spend money to survive in prison. I spend about $100 every month for essential hygiene products and stamps and other items I need to communicate with the outside world. That contact is very important to me and helps me mitigate the psychological impacts of social isolation. When I cannot connect with people in the outside world, I start to feel depressed

1  and anxious.  These stressors can be triggers for people like me who have struggled with chemical
2  dependencies, and I am focused on staying healthy.

3  5. I don't have reliable sources of income right now.  Due to the COVID-19
4  pandemic, I have worked much fewer hours in my job as a porter since February 2020.  In
5  addition to my prison job, in normal times, I also earn about $30 a month and sometimes up to
6  $100 a month from outside publications or other sources that publish or use my art.  In particular,
7  I write essays and other pieces about my experiences in prison, and also create visual art pieces
8  that I share with collaborators, publications, and galleries outside of prison.  During the
9  pandemic, those opportunities have gone away, as has the income from them.  In the past, I have
10 received small money gifts from one of my former professors, who has been a mentor to me since
11 my father passed away.  I know that the COVID-19 crisis makes it much less likely that he can
12 continue supporting me because he has been furloughed and so that source of support has dried
13 up.

14 6. I am not alone in my experiences.  A lot of the people who are in prison with me
15 also need to spend money to buy food and hygiene products.  My cellmate told me that both of
16 his parents lost their jobs and can't provide him any financial support right now.  That means that
17 he can't buy the food or hygiene products that he needs.  It also limits his ability to speak with his
18 family because they cannot afford the phone calls.  If he received a CARES Act stimulus
19 payment, he would be able to do so.

20 7. I have been actively involved in the investigation and prosecution of this case,
21 including providing my counsel with information relevant to the complaint and this request for a
22 preliminary injunction.  I have also reviewed case-related documents, and communicated
23 regularly with my counsel regarding this litigation.  I am prepared to continue supporting
24 counsel's efforts to litigate this case on behalf of the proposed Class, and to stay informed about
25 the status and progress of the lawsuit.

26 8. I understand the responsibilities of a class representative, including  my duty to act
27 in the best interests of all class members.  I am prepared to fulfill my duties to other members of
28 the proposed class, and will continue to do so if the Court permits the case to proceed as a class

1  action. I am committed to seeing this litigation through to the end, and am willing to undertake
2  any responsibilities required of me as a class representative, including being deposed,
3  participating in any settlement discussions, and testifying at trial, if necessary.

4      9.    In the event that I am appointed as a class representative, I will represent the
5  interests of the other proposed class members as I would my own. I recognize that any resolution
6  of this lawsuit, such as by settlement or dismissal, is subject to Court approval and must be in the
7  best interests of the proposed class as a whole. I am not aware of any conflict of interest between
8  myself and other proposed class members. I have not been promised any special treatment or
9  compensation in exchange for my willingness to be a class representative in this case.

10      10.    I do not have a direct or personal relationship with any of the Defendants in this
11  lawsuit, and do not currently have any pending claims against any of the Defendants outside of
12  the claims raised in this action.

13  I declare under penalty of perjury under the laws of the United States that the foregoing is
14  true and correct.

15  Executed on the 4th of August, 2020, in Soledad, California.

17                  */s/ Colin Scholl**
18                  COLIN SCHOLL

19  *Mr. Scholl authorized use of his electronic signature. Due to slowdowns in mail handling and
20  processing related to the COVID-19 pandemic, Counsel will file an updated declaration with
a physical signature as soon as it becomes available.*