UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 3:20-cv-5309-CRB<br><br>**DECLARATION OF SANDRA JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR: (1) PRELIMINARY INJUNCTION; (2) CLASS CERTIFICATION; AND (3) APPOINTMENT OF CO-LEAD CLASS COUNSEL** |

I, Sandra Johnson, declare as follows:

1. I am a United States citizen and over the age of 18. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. I am the In-Prison Programs Coordinator for Root & Rebound, a non-profit organization whose mission it is to restore power and resources to the families and communities most harmed by mass incarceration. In that capacity, I work regularly with currently incarcerated people to help prepare them for re-entry into society after their release. Before that, I also worked with Legal Services for Prisoners with Children, and I belong to an organization of formerly incarcerated people who meet once a month. I myself was previously incarcerated so I know well the experience of living behind bars and the difficulties of transitioning back to life on the outside.

3. From my personal experience and my work with incarcerated people, I know that the availability of $1,200 from a CARES Act stimulus payment would make a huge difference to people who are now leaving prison—it can make the difference between getting in trouble and surviving or supporting yourself. The funds would provide a critical safety net to help out people who are released until they are able to find work and start earning some other kind of income. Those tasks are all the more challenging now because of the economic crisis caused by the COVID-19 pandemic. For example, an individual I work with who was released from prison just before the pandemic started with a first job at Safeway; however, once the pandemic started, he was laid off and is now struggling financially, sleeping on friends' couches, and is constantly looking for additional financial support. The situation is even more dire for those who left prison after the pandemic began, to a shut-down economy.

4. Some people are lucky enough to have family on the outside who they can stay with when they leave prison. But many of the people who are leaving prison come from families that are not very well off economically. When a loved one comes home it can be very financially burdensome because it is an additional expense for already-struggling families. With the CARES Act assistance, the newly-released individual can help pay for the family's cost of food, rent, or water bills, which can serve to make the individual adjust better as a contributor to the household.

Also, many people are released to living situations where the other adults are not able to work—for example, when they are staying with elders in retirement who live on a fixed income.

5. Everything is a struggle when you are released from prison. You encounter so many barriers, from finding housing, to buying food, to obtaining employment. Financial assistance is the most important need to fill. It can make or break a person's chances of successful re-entry.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 4th of August, 2020, in San Francisco, California.

*Sandra Johnson*

SANDRA JOHNSON