UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 3:20-cv-5309-CRB<br><br>**DECLARATION OF DAVID COWAN IN SUPPORT OF PLAINTIFFS' MOTION FOR (1) PRELIMINARY INJUNCTION; (2) CLASS CERTIFICATION; AND (3) APPOINTMENT OF CO-LEAD CLASS COUNSEL** |

I, David Cowan, declare as follows:

1. I am a United States citizen and over the age of 18. I have personal knowledge of the facts herein and, if called upon to testify to those facts, I could and would do so competently.

2. I am the Founding Director at Bonafide, a non-profit organization which envisions a world in which people recovering from incarceration are able to pursue the same opportunities and quality of life as those who have never lost their freedom. Bonafide does this by ensuring that people affected by incarceration have the material, emotional, and advocacy support they need to both integrate into society and build healthy, productive lives going forward. I am the Director of Operations of the Prison University Project, which aspires to provide intellectually rigorous, inclusive Associate of Arts degree programs and College Preparatory Programs free of charge to people at San Quentin State Prison.

3. I am in frequent contact with currently incarcerated people and I work closely with them to help prepare them for re-entry into society. Many people are completely lost in the world when they are suddenly released from prison after long-term incarceration, because they are at a huge economic and social disadvantage. I myself was formerly incarcerated for 22 years. My work and that of my organization aims to reduce the trauma that comes with re-entry.

4. People who are leaving prison need many kinds of support for successful re-entry, starting with food and housing. The ways that the outside community regularly communicates and identifies opportunities are often inaccessible to people coming out, particularly if they have been incarcerated for long periods of time. In such cases, they are completely unfamiliar with modern forms of communication (like cellphones and computers) or non-cash financial systems (like credit cards and bank accounts). It is a very challenging process to re-integrate, and requires immediate cash resources just to participate in the world around them. One of the biggest challenges is achieving financial security and re-establishing ties with the community. Because COVID-19 has interfered with several steps that recently-released individuals need to take in order to get a job and earn an income, those individuals now need an even longer runway than normal to establish themselves and transition into society. The COVID-19 stimulus payments would provide significant and substantial support for the thousands of people that have been or

are being released from California prisons this year or next, including those released because COVID-19 in their place of incarceration has threatened their health and safety inside.

5. Before the COVID-19 pandemic began, my organization—and I personally—performed "gate pickups," where we met people being released from prison at the gate to make sure that their first day out was peaceful rather than frightening. We focus on people who lack local family and friends who can support them. For most, we take them to a breakfast, assist them with ordering their food (as this is often overwhelming), provide them with starter toiletries, snacks, lessons on how to dial and answer calls, and, if possible, one or two changes of clothes. For most people being released without family nearby, there is no support at all. Without this assistance, people lack critical support for their re-entry. Unfortunately, during the COVID-19 pandemic, our ability to provide this assistance even to a limited population has been drastically reduced, other than rides home. Thus, even more people are being released with zero support. This highlights the need for other sources of support, including financial assistance. I am saddened to think of what it is like to reenter the community at this time.

6. It is also important to note that persons inside prison, most who will re-enter society, need connections to the community and a network of people who care about them. It goes a long way to health and safety inside, and to successful re-adjustment when coming home. It is critical that these relationships are established and maintained during incarceration, whether with family, friends, or other loved ones. Bonafide's work aims to create these networks by organizing classes of approximately 20 incarcerated people meeting with volunteers from the outside, but our ability to continue this programming has been impaired by lockdowns related to the COVID-19 pandemic. The virus has eliminated the in-person time that we spend with people indoors. Further, many incarcerated people's lines of communication with the outside world have been impaired by prison lockdowns. Despite the increased isolation and worry for those inside during these last several months, I have received fewer phone calls during the pandemic than before.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 4th of August, 2020, in San Francisco, California.

*David Cowan* (DocuSigned by, 46B0305F5E4C4F6…)

DAVID COWAN