| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Kelly M Dermody, Esq | SBN: Bar No.171716  LIEFF, CABRASER, HEIMANN & BERNSTEIN  275 Battery Street 29th Floor  San Francisco, CA 94111 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 956-1000 | FAX NO. (415) 956-1008 | E-MAIL ADDRESS *(Optional)*:  ATTORNEY FOR *(Name)*: : | |
| USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA  STREET ADDRESS: 450 GOLDEN GATE  CITY AND ZIP CODE: SAN FRANCISCO, CA 94102  BRANCH NAME: SAN FRANCISCO | |
| PLAINTIFF/PETITIONER: Colin Scholl and Lisa Strawn, individually and on behalf of all others similarly situated.  DEFENDANT/RESPONDENT: STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury, et al. | CASE NUMBER:  3:20-cv-5309 CRB |

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept. | Ref. No. or File No.: 4109-0001 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

Summons; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference; Judge Breyer's Standing Order; Copy of Order & Instructions re: Case Management Statement; ECF Registration Information

PARTY SERVED:   The Honorable Steven T. Mnuchin, Secretary of the Treasury
PERSON SERVED:  Tommy Phong - Senior Paralegal
DATE & TIME:    8/4/2020
                11:55 AM
ADDRESS:        U.S. Department of the Treasury
                1500 Pennsylvania Ave NW
                Washington, DC 20229-0003

PHYSICAL DESCRIPTION:
- Age: 50
- Sex: Male
- Skin: Asian
- Weight: 150 lbs
- Height: 5'6"
- Marks:
- Hair: Black
- Eyes: Brown

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ .00
County:
Registration No.:
Nationwide Legal, LLC Reg: 12-234648
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
Ref: 4109-0001

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 4, 2020.

Signature: *[signed]* Michael Kimber

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: SF13094/General