RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

LANDON M. YOST (CABN 267847)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-2144
Fax:         (202) 307-0054
E-mail: Landon.M.Yost@usdoj.gov
        Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN MNUCHIN, et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-05309-PJH<br><br>**STIPULATION TO EXTEND TIME FOR UNITED STATES TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION** |

　　Pursuant to Local Civil Rules 6-2 and 7-11, the parties to the above-entitled action stipulate to a two-week extension of time for the United States to respond to Plaintiffs' motion for preliminary injunction and class certification, Dkt. No. 8. This motion is accompanied by a proposed order and the Declaration of Landon Yost.

　　Plaintiffs filed their motion on August 4, 2020, and the United States' response is due on August 18, 2020, and Plaintiffs' reply to this response is due August 25, 2020. Dkt. No. 8. The Court has set a hearing on this motion for September 9, 2020, at 9:00 a.m. Dkt. No. 22 and docket text. For the reasons detailed in the Yost Declaration, the United States requests two more weeks to respond to Plaintiffs' motion, and Plaintiffs stipulate to this request. Defendants agree that Plaintiffs' accommodation of

Defendants' scheduling request shall not itself be a basis for Defendants to oppose Plaintiffs' request for a preliminary injunction. This is the United States' first request for a modification of time in this case, and it would necessitate extending the deadline for Plaintiffs' reply by two weeks and the Court's hearing by a single week. The new dates would be as follows:

|   |   |
|---|---|
| Defendants' response: | **September 1, 2020** |
| Plaintiffs' reply: | **September 8, 2020** |
| Court's hearing: | **September 16, 2020 at 9:00 a.m.** |

Dated this 17th day of August, 2020.

By: */s/ Kelly M. Dermody*
Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé H. Dafa (SBN 290637)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

 Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA 94612
Telephone: 415-288-8703
Facsimile: 510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder (SBN 212628)
EQUAL JUSTICE SOCIETY
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Attorneys for Plaintiffs and the Proposed Class*

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice
DAVID L. ANDERSON
United States Attorney
Northern District of California

*Attorneys for United States of America*

STIPULATION TO EXTEND TIME
4:20-cv-05309-PJH

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing has been made this 17th day of August, 2020, via the Court's ECF system to all users.

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice