RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

LANDON M. YOST (CABN 267847)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-2144
Fax:         (202) 307-0054
E-mail: Landon.M.Yost@usdoj.gov
        Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, et al.,<br><br>Defendants. | Case No. 4:20-cv-05309-PJH<br><br>**DECLARATION OF LANDON YOST** |

I declare the following pursuant to 28 U.S.C. § 1746:

1. I am a Trial Attorney with the Tax Division of the United States Department of Justice. I have been assigned as counsel in this case.

2. Pursuant to Local Civil Rule 6-2 I submit this declaration in support of the parties' stipulation to a two-week extension of time for the United States to respond to Plaintiffs' motion for preliminary injunction and class certification, Dkt. No. 8.

3. Plaintiffs filed their complaint on August 1, 2020, and almost immediately moved for a preliminary injunction related to the IRS's implementation of the CARES Act, a complex legislative

enactment that has placed enormous demands on the IRS at a time when the country is experiencing a pandemic. Responding to the motion requires extensive consultation between the IRS and the Department of Justice and requires the IRS to gather information related to the implementation of the Act. A two-week extension of time will allow the Department to prepare a response that will adequately address the issues raised by the motion for preliminary injunction.

4. This is the United States' first request for a modification of time in this case.

5. If granted, this request would necessitate extending the deadlines for Plaintiffs' reply by two weeks and the Court's hearing by a single week. The new dates would be as follows:

| | |
|---|---|
| Defendants' response: | **September 1, 2020** |
| Plaintiffs' reply: | **September 8, 2020** |
| Court's hearing: | **September 16, 2020 at 9:00 a.m.** |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of August, 2020.

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice

DECLARATION OF LANDON YOST
4:20-cv-05309-PJH

2