Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  4:20-cv-5309-PJH<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION** |

1    Pursuant to Local Civil Rule 3-13, Plaintiffs respectfully advise the Court that an action
2 filed in the Northern District of Illinois involves all or a material part of the same subject matter
3 and all or substantially all of the same parties as those in the present litigation.  The other action is
4 *Galvan v. Mnuchin, et al.*, No. 1:20-cv-04511 (N.D. Ill.), pending before the Honorable Joan B.
5 Gottschall.

6    Plaintiffs have advised the *Galvan* court that they intend to move to stay the action there,
7 including because it seeks certification of a class that is virtually identical to that proposed by
8 Plaintiffs here and because of the odd circumstances of the *Galvan* action's filing.  *See* Exhibit A.
9 The locus of community support and interest in this litigation is here, with this Court, which is
10 also on track to be the first to hear and consider a class certification motion and the propriety of
11 entering preliminary injunctive relief.

12    Finally, pursuant to Local Civil Rule 3-13, Plaintiffs respectfully submit that transfer
13 pursuant to 28 U.S.C. § 1407 is unnecessary and would unnecessarily harm the proposed Class by
14 delaying proceedings and the provision of timely relief, as explained in their motion for
15 preliminary injunction.  However, Plaintiffs have taken prompt action in *Galvan* to avoid the
16 inefficient duplication of judicial resources and the risk of inconsistent adjudications.  Plaintiffs
17 will keep the Court apprised of any developments in the *Galvan* litigation that may affect the
18 instant proceedings.

| | | |
|---|---|---|
| 1 | Dated:  August 17, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Kelly M. Dermody* |
| 4 | | Kelly M. Dermody |
| 5 | | Kelly M. Dermody (SBN 171716)<br>Yaman Salahi (SBN 288752) |
| 6 | | Jallé Dafa (SBN 290637)<br>LIEFF CABRASER HEIMANN |
| 7 | | & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor |
| 8 | | San Francisco, CA  94111-3339<br>Telephone:  415.956.1000 |
| 9 | | Facsimile:  415.956.1008<br>kdermody@lchb.com |
| 10 | | ysalahi@lchb.com<br>jdafa@lchb.com |
| 11 | | Eva Paterson (SBN 67081) |
| 12 | | Mona Tawatao (SBN 128779)<br>Christina Alvernaz (SBN 329768) |
| 13 | | EQUAL JUSTICE SOCIETY<br>1939 Harrison St., Suite 818 |
| 14 | | Oakland, CA  94612<br>Telephone: 415-288-8703 |
| 15 | | Facsimile:  510-338-3030<br>epaterson@equaljusticesociety.org |
| 16 | | mtawatao@equaljusticesociety.org<br>calvernaz@equaljusticesociety.org |
| 17 | | Lisa Holder (SBN 212628) |
| 18 | | EQUAL JUSTICE SOCIETY<br>P.O. Box 65694 |
| 19 | | Los Angeles, CA 90065<br>Telephone: 323-683-6610 |
| 20 | | lisaholder@yahoo.com |
| 21 | | *Attorneys for Plaintiffs and the Proposed Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

   */s/ Kelly M. Dermody*
   Kelly M. Dermody