# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN GALVAN and PATRICK TAYLOR, on behalf of themselves and all others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>STEVEN T. MNUCHIN, in his official capacity as United States Secretary of the Treasury; the UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES P. RETTIG, in his official capacity as United States Commissioner of Internal Revenue; the INTERNAL REVENUE SERVICE; and the UNITED STATES OF AMERICA<br><br>Defendants. | No. 1:20-cv-04511<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE BY INTERESTED NON-PARTIES OF PENDING, RELATED CASE WITH OVERLAPPING CLASS DEFINITION AND CLAIMS**

2031638.1

Non-Parties Colin Scholl and Lisa Strawn, through their counsel, respectfully submit this notice to advise the Court that they are named plaintiffs and proposed class representatives in a case filed in the Northern District of California seeking to certify a virtually identical class on the same claims as in the instant action. *See Scholl v. Mnuchin, et al.*, No. 3:20-cv-5309-PJH (N.D. Cal.) ("*Scholl* Action"). That motion for class certification has been pending since August 4, 2020 and is set for hearing on September 16, 2020.

1. Mr. Scholl and Ms. Strawn filed a class action complaint on August 1, 2020. *See Scholl* Action, Dkt. 1. A copy of that complaint is attached hereto as Exhibit A. The case is now pending before the Honorable Judge Phyllis J. Hamilton, Chief Judge of the Northern District of California.

2. The Defendants in the *Scholl* Action are the same as the Defendants here. Mr. Scholl and Ms. Strawn's counsel served summons on all Defendants on August 4, 2020, and filed proofs of service of summons promptly thereafter. *See Scholl* Action, Dkts. 23-27. Defendants have appeared, including by negotiating a briefing and hearing schedule with the *Scholl* Plaintiffs. A copy of the current docket sheet is attached as Exhibit B. A hearing on the preliminary injunction and class certification motion in the *Scholl* Action is currently scheduled for September 16, 2020, *id.*, Dkt. 29.

3. Mr. Scholl and Ms. Strawn's counsel began investigating and preparing this litigation in June 2020. The *Scholl* Action was carefully crafted with the needs of incarcerated people as the top priority and in cooperation with civil rights and non-profit organizations embedded in the community and in criminal justice issues. Only a few days after filing their complaint, on August 4, 2020, Mr. Scholl and Ms. Strawn filed a Motion for: (1) Preliminary Injunction; (2) Class Certification; and (3) Appointment of Co-Lead Class Counsel. *See Scholl*

Action, Dkt. 8. A copy of that motion is attached as Exhibit C. The *Scholl* Plaintiffs' motion was supported by declarations of the Plaintiffs, as well as by declarations reflecting significant public interest in and support for their litigation, including by the San Francisco District Attorney and community groups which provide direct services to incarcerated people and those recently released. The *Scholl* Plaintiffs also filed declarations from their proposed Class Counsel, Kelly M. Dermody of Lieff Cabraser Heimann & Bernstein LLP (hereinafter "Lieff Cabraser") and Mona Tawatao of the Equal Justice Society, which are attached as Exhibit D.

4. In light of this Court's minute order entered on August 17, 2020, the undersigned thought it important to notify this Court as soon as possible about the related *Scholl* Action, to avoid the inefficient and unnecessary duplication of judicial resources. Mr. Scholl and Ms. Strawn's counsel are currently investigating whether it would be appropriate to move to intervene in this litigation and/or to request a stay, pending the outcome of proceedings in the Northern District of California. In particular, because Mr. Scholl and Ms. Strawn already filed a motion to certify an overlapping class on the same legal claims as the plaintiffs in this matter as well as a preliminary injunction motion, it would waste judicial resources for this Court to tread the same ground and would also create a risk of conflicting adjudications. And, there are additional considerations, set forth below.

5. As the Court already observed in its August 17, 2020 minute order, the plaintiffs in the instant litigation have sought to skip the normal litigation process by filing a motion for partial summary judgment before filing proof of service of summons, before the defendants appeared, before responsive pleadings were filed, and without following the appropriate procedure for a motion for temporary restraining order or preliminary injunction. Further, the defendants have not filed an administrative record or certified that none exists.

6.      It appears that plaintiffs here relied on confidential information about which they should not have been privy to try to get a timing advantage over the *Scholl* Plaintiffs.  Indeed, on July 23, 2020, Patrick Thomas of the Notre Dame Law School Low Income Tax Clinic, counsel of record for the plaintiffs here, participated in a closed, invitation-only strategy conference call with tax specialists and Lieff Cabraser counsel to discuss the *Scholl* Action.  On that call, the Lieff Cabraser counsel described their confidential work product, including the causes of action, their merits, and the intent to file a complaint and preliminary injunction motion.  On the July 23, 2020 call, Mr. Thomas specifically asked whether two cases seeking to represent the same class would be problematic, and Lieff Cabraser explained that, among other things, such competing cases would create a risk of procedural delays that could postpone provision of sorely needed relief to members of the putative class, provide no benefits whatsoever to any class member, risk inconsistent adjudications, and result in unnecessary and costly inefficiencies.  Mr. Thomas did not disclose on that call that he was interested in filing such a case himself.  Moreover, without disclosing such ambitions, Mr. Thomas continued to participate in the same confidential group calls.  On a July 30, 2020 strategy conference call that Mr. Thomas joined, Mr. Thomas was told that filing of the *Scholl* Action was imminent.  Apparently, such news caused him and his co-counsel here to rush to get their complaint on file late in the evening on Friday, July 31, 2020.  Given that they made no further substantive filings for two weeks, the only inference of such a rush to the courthouse was to beat the *Scholl* Plaintiffs to get filed.

7.      As the undersigned are prepared to explain more fully to the Court, Mr. Scholl, Ms. Strawn, and their counsel carefully crafted the *Scholl* Action with the needs of the incarcerated community in mind.  A coalition of civil rights organizations and community groups has coalesced around the *Scholl* Action.  In addition to the Lieff Cabraser law firm, proposed

- 3 -

Class Counsel are the Equal Justice Society, a nationally-recognized civil rights organization led by civil rights legend, Eva Paterson. The local community has rallied around the case, including the aforementioned San Francisco District Attorney Chesa Boudin, and community-based groups, Bonafide and Root & Rebound, that work directly with incarcerated people to support their successful re-entry and rehabilitation.

8. Mr. Scholl and Ms. Strawn and their counsel have also alerted Chief Judge Hamilton in Oakland, California about the concerns raised here. Plaintiffs are mindful about respecting the case management preferences of the respective courts and are most concerned about preventing two courts from performing duplicative work. Unless otherwise directed, Mr. Scholl and Ms. Strawn will take appropriate steps to request a stay of this litigation pending the outcome of the class certification and preliminary injunction motion in the *Scholl* Action.

Dated: August 17, 202   Respectfully submitted,

By: */s/ Jonathan D. Selbin*
    Jonathan D. Selbin

Jonathan D. Selbin
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, NY 10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
jselbin@lchb.com

Kelly M. Dermody*
Yaman Salahi*
Jallé Dafa*
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson*
Mona Tawatao*
Christina Alvernaz*
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder*
EQUAL JUSTICE SOCIETY
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Attorneys for Colin Scholl and Lisa Strawn*

* Pro hac vice forthcoming.  Counsel are mindful of the requirement to designate local counsel within 30 days.  *See* LR 83.15.

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery St., 29th Floor, San Francisco, CA 94111. I am readily familiar with this firm's practices for collection and processing of mail with the United States Postal Service. On August 17, 2020, I placed with this firm at the above address for deposit with the United States Postal Service, for delivery by certified mail, a true and correct copy of this document and the supporting exhibits to Defendants, postage fully paid, addressed as follows:

> The Honorable Steven T. Mnuchin
> United States of America
> Secretary of the Treasury
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220
>
> The Honorable Charles P. Rettig, Commissioner
> Internal Revenue Service
> 1111 Constitution Avenue, NW
> Washington, DC 20224
>
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, NW
> Washington, DC 20220
>
> U.S. Internal Revenue Service
> 1111 Constitution Avenue, NW
> Washington, DC 20224
>
> United States of America
> Department of Justice
> Civil Process Clerk
> 950 Pennsylvania Ave, NW
> Washington, DC 20530

Following ordinary business practices, the envelope was sealed and placed for collection and mailing, and would, in the ordinary course of business, be deposited with the United States

- 6 -

Postal Service on this date. In addition, a copy of this document will shortly be filed in the docket in the *Scholl* Action, whereby Defendants will receive electronic notice through CM/ECF. Participants in the instant case who have entered an appearance will also be served by the CM/ECF system.

  I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 17, 2020, at San Francisco, California.

            */s/ Yaman Salahi*
            Yaman Salahi