Brandon Greene (State Bar. No. 293783)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-293-6318
Facsimile: (415) 255-8437
bgreene@aclunc.org

Stephanie P. Skaff (State Bar No. 183119)
sskaff@fbm.com
Cynthia A. Castillo (State Bar No. 316026)
ccastillo@fbm.com
Farella Braun + Martel LLP,
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for AMICI CURIAE East Bay
Community Law Center, et al.

Asher Waite-Jones (State Bar No. 312592)
EAST BAY COMMUNITY LAW CENTER
1950 University Avenue, Suite 200,
Berkeley, CA 94704
Telephone: 510-548-4040
Facsimile: 510-849-1536
awaitejones@ebclc.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>          vs.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 4:20-cv-05309-PJH<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Hon. Phyllis J. Hamilton |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE - Case No. 4:20-cv-05309-PJH

39157\13588338.1

Amici Curiae A New Way of Life Reentry Project, Collateral Consequences Resource Center, East Bay Community Law Center, Ella Baker Center for Human Rights, Equal Rights Advocates, Homeboy Industries, Impact Fund, Insight Center, Just Cities, Justice and Accountability Center of Louisiana, Justice2Jobs, Lawyers Committee for Civil Rights of the SF Bay Area, Legal Action Center, Legal Aid at Work, Legal Services for Prisoners with Children, Public Counsel, National Consumer Law Center, Northern California Innocence Project, Policy Advocacy Clinic, Public Counsel, San Francisco Public Defender, Voices of the Experienced, Western Center on Law and Poverty (collectively, "Amici") respectfully move for leave to file an amici curiae brief in the above-captioned matter.  Plaintiffs consent to and Defendants do not oppose Amici's motion for leave to file.  A copy of the proposed amici curiae brief and a proposed order are attached as Exhibits A and B, respectively.

Courts have "broad discretion to appoint amici curiae."  *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).  There are no "strict prerequisites that must be established prior to qualifying for amicus status."  *In re Dynamic Random Access Memory Antitrust Litig.*, No. M-02-1486-PJH, 2007 WL 2022026, at *1 (N.D. Cal. July 9, 2007).  Rather, "an individual or entity seeking to appear as amicus must merely make a showing that his/its participation is useful to or otherwise desirable to the court."  *Id.*

Amici are a broad group of organizations that represent or provide services to incarcerated people, previously incarcerated people, and their families.  Their interests are described further in the Statement of Interest in the proposed brief.  Amici concur with the Plaintiffs' arguments in support of their Motion for Preliminary Injunction, but do not repeat them here.  Rather, Amici seek leave to submit the proposed brief in order to provide the Court with additional information relevant to the irreparable harm prong of the preliminary injunction analysis, including empirical data regarding the impact of Defendants' conduct on the currently incarcerated, as well as those newly released who are grappling with re-entry amid a pandemic that has decimated California's

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE - Case No. 4:20-cv-05309-PJH

2

39157\13588338.1

economy. Accordingly, Amici request leave to file the proposed amici curiae brief attached as Exhibit A.

Dated: August 21, 2020          FARELLA BRAUN + MARTEL LLP

By: */s/ Cynthia A. Castillo*
    Cynthia A. Castillo

Attorneys for AMICI CURIAE A New Way of Life Reentry Project, Collateral Consequences Resource Center, East Bay Community Law Center, Ella Baker Center for Human Rights, Equal Rights Advocates, Homeboy Industries, Impact Fund, Insight Center, Just Cities, Justice and Accountability Center of Louisiana, Justice2Jobs, Lawyers Committee for Civil Rights of the SF Bay Area, Legal Action Center, Legal Aid at Work, Legal Services for Prisoners with Children, Public Counsel, National Consumer Law Center, Northern California Innocence Project, Policy Advocacy Clinic, Public Counsel, San Francisco Public Defender, Voices of the Experienced, Western Center on Law and Poverty