1  Kelly M. Dermody (SBN 171716)
   Yaman Salahi (SBN 288752)
2  Jallé Dafa (SBN 290637)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
4  Telephone:  415.956.1000
   Facsimile:  415.956.1008
5  kdermody@lchb.com
   ysalahi@lchb.com
6  jdafa@lchb.com

7  Eva Paterson (SBN 67081)
   Mona Tawatao (SBN 128779)
8  Christina Alvernaz (SBN 329768)
   EQUAL JUSTICE SOCIETY
9  1939 Harrison St., Suite 818
   Oakland, CA  94612
10 Telephone: 415-288-8703
   Facsimile:  510-338-3030
11 epaterson@equaljusticesociety.org
   mtawatao@equaljusticesociety.org
12 calvernaz@equaljusticesociety.org

13 [Additional counsel listed on signature page]

14 *Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  4:20-cv-5309-PJH<br><br>**PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO OPPOSE MOTION FOR CLASS CERTIFICATION** |

Plaintiffs hereby respectfully inform the Court that yesterday, on September 1, 2020, Defendants filed their Opposition to Plaintiffs' Motion for Preliminary Injunction and Class Certification, but did not argue against class certification. Dkt. 44. Instead, Defendants included a footnote stating: "The United States does not address Plaintiffs' motion for class certification, but requests that, should Plaintiffs' motion for preliminary injunction not be summarily denied, the parties be allowed further briefing on this and other issues before a class is certified and/or a nationwide injunction imposed." Dkt. 44 at 2, n.1.

Defendants' statement ignores the Local Rules and the briefing schedule on class certification that has already been ordered by the Court. Defendants themselves filed a motion on August 17, 2020 asking the Court for "a two-week extension of time for the United States to respond to Plaintiffs' motion for preliminary injunction *and class certification.*" Dkt. 28 at 1 (emphasis added). Plaintiffs stipulated to that extension on the understanding that Defendants would address the motion in its entirety. *Id.* The Court then adopted that briefing schedule, contemplating that it applied to the deadline to respond to "the motion for preliminary injunction *and class certification*." Dkt. 29 at 1 (emphasis added).

Plaintiffs advise the Court of this issue now, rather than in their forthcoming reply brief, to avoid further delay of these issues which by their nature are time sensitive. Though Defendants seem to think that the class certification issue can be deferred, that is not the case. Plaintiffs' request for class certification is necessary for class-wide preliminary relief, but it is *not* dependent on the Court agreeing to grant a preliminary injunction. The Court should decide now whether a class should be certified regardless of whether or not preliminary relief is granted. An expeditious resolution of class certification is also important because a nearly identical class action has been filed in another district seeking certification of a similar class, resulting in confusion about which attorneys will represent the proposed class. *See* Dkt. 43 (denying request to transfer this case).

Accordingly, Plaintiffs respectfully submit that, in light of Defendants' failure to oppose class certification, it would be appropriate for the Court to enter the proposed class certification Order attached here as Exhibit A. Alternatively, Plaintiffs request that the Court order

2037561.2 - 1 - PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO OPPOSE MOTION FOR CLASS CERTIFICATION
CASE NO. 4:20-CV-5309-PJH

Defendants to file any opposition to class certification issues no later than 12pm Pacific on Friday, September 4, 2020 in a brief not to exceed 6 pages (the pages remaining after accounting for the 19-pages in their September 1 brief), so that Plaintiffs can address Defendants' argument in their Reply brief, due Tuesday, September 8.

Dated: September 2, 2020　　　　　　Respectfully submitted,

By:   */s/ Kelly M. Dermody*
　　　Kelly M. Dermody

Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN
　& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder (SBN 212628)
Law Office of Lisa Holder
Equal Justice Society, Of Counsel
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Attorneys for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

                        */s/   Kelly M. Dermody*
                           Kelly M. Dermody