UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 4:20-cv-5309-PJH<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST TO SHORTEN TIME RE: PLAINTIFFS' EMERGENCY MOTION FOR NOTICE TO CLASS MEMBERS OF IMPENDING DEADLINE TO FILE CLAIMS AND TO CORRECT CLASS DEFINITION |

Having considered the parties' stipulated request to shorten time re: Plaintiffs' emergency motion for notice to class members, the Court finds that good cause exists to modify the briefing schedule as follows: Defendants shall file an opposition by Wednesday September 30, 2020, and Plaintiffs shall file a reply by Friday October 2, 2020 at 12:00 p.m. Pacific.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 28, 2020

_____
Hon. Phyllis J. Hamilton
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*