# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| Field | Value |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 4:20-cv-05309-PJH |
| Date case was first filed in U.S. District Court: | 08/01/2020 |
| Date of judgment or order you are appealing: | 09/24/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S.. Commissioner of Internal Revenue; U.S. Department of Treasury; U.S> Internal Revenue Service; United States of America

Is this a cross-appeal?  ◯ Yes   ☉ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ◯ Yes   ☉ No

If Yes, what is the prior appeal case number? 

Your mailing address:

Landon Yost

555 4th Street NW

City: Washington   State: D.C.   Zip Code: 20001

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Landon Yost   **Date** 10/01/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Dep't of Treasury; CHARLES RETTIG, in his official capacity as U.S.. Comm'r of Internal Revenue; U.S. Dep't of Treasury; IRS; United States

Name(s) of counsel (if any):

> Landon Yost

Address: 555 4th Street, NW, Washington, D.C. 20001

Telephone number(s): 202-307-2144

Email(s): landon.m.yost@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                1                               Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                           *2*                           *Rev. 12/01/2018*