RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

LANDON M. YOST (CABN 267847)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-2144
Fax:         (202) 307-0054
E-mail: Landon.M.Yost@usdoj.gov
        Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, et al.,<br><br>Defendants. | Case No. 4:20-cv-05309-PJH<br><br>**STIPULATED REQUEST TO SHORTEN TIME RE: MOTION FOR STAY OF PRELIMINARY INJUNCTION PENDING APPEAL** |

Pursuant to Local Civil Rule 6-2, the parties submit this stipulated request that the Court modify the briefing schedule on Defendants' Emergency Motion for Stay of Preliminary Injunction pending Appeal, *see* Dkt. 58, as follows:

- Plaintiffs' response shall be due on Tuesday, October 6, 2020, and
- Defendants' reply shall be due on Thursday, October 8, 2020.

The modifications are needed because, among other reasons, briefing would not be closed under the normal schedule until October 22, seven days after the IRS's current October 15, 2020 deadline for

1  Class Members and others to submit claims through its online Non-filers tool.

2      The only prior time modifications in the case were a stipulated modification to the briefing
3  schedule on Plaintiffs' motion for class certification and preliminary injunction, Dkt. 28, and a stipulated
4  modification on Plaintiffs' Motion to Shorten Time re: Plaintiffs' Emergency Motion for Notice to Class
5  Members of Impending Deadline, Dkt. 52.  (Plaintiffs have also filed a motion to expedite the briefing
6  on their summary judgment motion, Dkt. 57).  The parties do not expect this request to otherwise affect
7  the case schedule.

8      Dated this 2nd day of October, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice

DAVID L. ANDERSON
United States Attorney
Northern District of California

*Attorneys for Defendants*

*/s/ Kelly M. Dermody*
Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 2nd day of October, 2020, via the Court's ECF system to all users.

>   */s/ Landon M. Yost*
>   LANDON M. YOST
>   Trial Attorney, Tax Division
>   U.S. Department of Justice