UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 4:20-cv-05309-PJH |
| Date case was first filed in U.S. District Court: | 08/01/2020 |
| Date of judgment or order you are appealing: | 10/07/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S.. Commissioner of Internal Revenue; U.S. Department of Treasury; U.S. Internal Revenue Service; United States of America

Is this a cross-appeal?   ◯ Yes   ⦿ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ⦿ Yes   ◯ No

If Yes, what is the prior appeal case number? 20-16915

Your mailing address:

Landon Yost

P.O. Box 502

City: Washington   State: D.C.   Zip Code: 20044

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Landon Yost   **Date** 10/08/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Dep't of Treasury; CHARLES RETTIG, in his official capacity as U.S. Comm'r of Internal Revenue; U.S. Dep't of Treasury; IRS; United States.

Name(s) of counsel (if any):

Julie C. Avetta

Address: P.O. Box 502, Washington, D.C. 20044

Telephone number(s): (202) 616-2743

Email(s): julie.c.avetta@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Plaintiffs Colin Scholl et al.

Name(s) of counsel (if any):

Yaman Salahi; Kelly Dermody
Lieff Cabraser Heimann & Bernstein, LLP

Address: 275 Battery Street, 29th Floor, San Francisco, CA 94111

Telephone number(s): 415.956.1000

Email(s): ysalahi@lchb.com; kdermody@lchb.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   1                                   *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *Rev. 12/01/2018*