Professor Amy Spivey, CA Bar No. 294078
Director, UC Hastings Low-Income Taxpayer Clinic
100 McAllister Street, Suite 300
San Francisco, CA 94102
Telephone: (415) 565-4707
Facsimile: (415) 557-7895
spiveyamy@uchastings.edu

Professor T. Keith Fogg*
Director, Federal Tax Clinic of the Legal
Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, Massachusetts 02130
Telephone: (617) 390-2532
kfogg@law.harvard.edu

Janice Rovner Feldman, Esq.*
Volunteer, Federal Tax Clinic at the Legal Services
Center at Harvard Law School
122 Boylston Street
Jamaica Plain, Massachusetts 02130
Telephone: (301) 792-0568
brianandjanfeldman@comcast.net

*Not admitted in this jurisdiction

*Counsel for Amicus*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 4:20-cv-5309-PJH<br><br>**NOTICE OF APPEARANCE OF AMY SPIVEY** |

**To the Court and all parties of record and their counsel:**

Amicus Curiae Center for Taxpayer Rights files this Notice of Appearance and hereby notify the Court and all parties of record that Amy Spivey of the UC Hastings Low-Income Taxpayer Clinic, 100 McAllister Street, Suite 300, San Francisco, CA 94102, is appearing as counsel for Amicus.

This Notice of Appearance is intended for the Court's notification of electronic filings in this matter. Please direct further pleadings, correspondence, and communications to:

> Professor Amy Spivey
> Director, UC Hastings Low-Income Taxpayer Clinic
> 100 McAllister Street, Suite 300
> San Francisco, CA 94102
> Telephone: (415) 565-4707
> Facsimile: (415) 557-7895
> spiveyamy@uchastings.edu

Dated: October 9, 2020          By:

/s/ Amy Spivey
Professor Amy Spivey
Director, UC Hastings Low-Income Taxpayer Clinic
100 McAllister Street, Suite 300
San Francisco, CA 94102
Telephone: (415) 565-4707
Facsimile: (415) 557-7895
spiveyamy@uchastings.edu

*Counsel for Amicus* Center for Taxpayer Rights