Professor Amy Spivey, CA Bar No. 294078
Director, UC Hastings Low-Income Taxpayer Clinic
100 McAllister Street, Suite 300
San Francisco, CA 94102
Telephone:  (415) 565-4707
Facsimile:  (415) 557-7895
spiveyamy@uchastings.edu

Professor T. Keith Fogg*
Director, Federal Tax Clinic of the Legal
Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, Massachusetts 02130
Telephone:  (617) 390-2532
kfogg@law.harvard.edu

Janice Rovner Feldman, Esq.*
Volunteer, Federal Tax Clinic at the Legal Services
Center at Harvard Law School
122 Boylston Street
Jamaica Plain, Massachusetts 02130
Telephone:  (301) 792-0568
brianandjanfeldman@comcast.net

*Not admitted in this jurisdiction

*Counsel for Amicus*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  4:20-cv-5309-PJH<br><br>**MOTION BY THE CENTER FOR TAX PAYER RIGHTS FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF THE PLAINTIFFS** |

2047729.1

MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* ISO THE PLAINTIFFS
CASE NO: 4:20-CV-5309-PJH

1  TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION:
3      The Center for Taxpayer Rights respectfully moves for leave to file a brief as *amicus*
4  *curiae* in support of the Plaintiffs in the above captioned matter.
5      IN SUPPORT of this motion, movant shows as follows:
6      1.    The Center for Taxpayer Rights ("the Center"), a 501(c)(3) not-for-profit
7  corporation, is dedicated to furthering taxpayers' awareness of and access to taxpayer rights.
8      2.    The Center has obtained leave from counsel for the Plaintiffs to file the Center's
9  proposed *amicus* brief in this case on 9/30/2020.
10     3.    The Center requested leave from counsel for the Defendants by email on
11 10/6/2020.
12     4.    Landon Yost, counsel for the Defendants, replied to counsel for the Center on
13 10/6/2020 requesting a draft copy of the proposed *amicus* brief.
14     5.    Counsel for the Center transmitted a draft copy of proposed *amicus* brief to Mr.
15 Yost on 10/6/2020.
16     6.    The Center has not received a reply regarding the Defendants' leave to file the
17 Center's proposed *amicus* brief as of 10/9/2020.
18     WHEREFORE, it is prayed that this motion be granted.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Dated: October 9, 2020

By:

/s/ Amy Spivey
Professor Amy Spivey
Director, UC Hastings Low-Income Taxpayer Clinic
100 McAllister Street, Suite 300
San Francisco, CA 94102
Telephone: (415) 565-4707
Facsimile: (415) 557-7895
spiveyamy@uchastings.edu


/s/ T. Keith Fogg
Professor T. Keith Fogg
Director, Federal Tax Clinic of the Legal
Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, Massachusetts 02130
Telephone: (617) 390-2532
kfogg@law.harvard.edu



Janice Rovner Feldman, Esq.
Volunteer, Federal Tax Clinic at the Legal Services
Center at Harvard Law
122 Boylston Street
Jamaica Plain, Massachusetts 02130
Telephone: (301) 792-0568
brianandjanfeldman@comcast.net



*Counsel for Amicus*