UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLIN SCHOLL, et al.,

    Plaintiffs,

v.

STEVEN MNUCHIN, et al.,

    Defendants.

Case No. 20-cv-05309-PJH

**ORDER SETTING BRIEFING SCHEDULE**

Re: Dkt. No. 78

Before the court is defendants' emergency motion for stay of order re: notice to class members. Dkt. 78. The court SETS the following briefing schedule. Plaintiffs shall file an opposition to the motion on or before Wednesday October 14, 2020 at 9:00 a.m. Defendants may file a reply in support of the motion on or before Wednesday October 14, 2020 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: October 12, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge