UNITED STATES COURT OF APPEALS

# FILED

FOR THE NINTH CIRCUIT

OCT 8 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLIN SCHOLL; LISA STRAWN, on behalf of themselves and all others similarly situated, | No.    20-16963 |
| | D.C. No. 4:20-cv-05309-PJH |
| Plaintiffs-Appellees, | Northern District of California, Oakland |
| JOHN GALVAN; PATRICK TAYLOR, | ORDER |
| Intervenor-Plaintiffs-Appellees, | |
| v. | |
| STEVEN TERNER MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; et al., | |
| Defendants-Appellants. | |

The appeal filed October 8, 2020, is a preliminary injunction appeal.

Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

If they have not already done so, within 7 calendar days after the filing date

of this order, the parties shall make arrangements to obtain from the court reporter

an official transcript of proceedings in the district court that will be included in the

record on appeal.

tsp/MOATT

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than November 5, 2020; the answering brief is due December 3, 2020, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief.  *See* 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved.  *See* 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7