1  Christopher R. Pitoun (SBN 290235)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  301 N. Lake Ave., Suite 920
   Pasadena, CA 91101
3  Telephone: (213) 330-7150
   Facsmile: (213) 330-7152
4  Email: Christopherp@hbsslaw.com

5  *Attorney for Proposed Intervenors*
   *John Galvan and Patrick Thomas*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; U.S. INTERNAL REVENUE SERVICE; and UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | No. 4:20-cv-5309-PJH<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL CHRISTOPHER R. PITOUN**<br><br>**CLASS ACTION** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

Please withdraw the appearance of Christopher R. Pitoun on behalf of Proposed Intervenors John Galvan and Patrick Taylor in the above-captioned action.

DATED: October 19, 2020             Respectfully submitted,

By: */s/ Christopher R. Pitoun*

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
christopherp@hbsslaw.com

*Attorney for Proposed Intervenors*
*John Galvan and Patrick Thomas*

- 1 -

010940-11/1361379 V2