Tony Justich #402275
Oshkosh Correctional Institution, P.O. Box 3310, Oshkosh, WI 54903-3310

Clerk's Office
U.S. District Courthouse
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

**FILED**
OCT 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Scholl v. Mnuchin
   Case No. 20-cv-05309-PJH (N.D. Cal), Judge Hamilton, presiding

October 2, 2020

Dear Sir or Madam,

   I am writing to request a copy of the initial complaint and also the order of September 24th granting class certification and preliminary injunction in the above case. If you are unable to comply with this request due to the case being in another branch of the Northern District, I would ask that you direct my query to that branch.

   I agree to pay up to $5 for the cost of these copies upon receipt if I am ineligible for a fee waiver. I appreciate your help.

Sincerely,
[signature]

Tony Justich #402275
Oshkosh Correctional Institution
P.O. Box 3310
Oshkosh, WI 54903-3310

Clerk's Office
U.S. District Courthouse
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

MILWAUKEE WI 530 NEOPOST
6 OCT 2020 PM 1 L   US POSTAGE $000.55⁰
10/06/2020
ZIP 54901
041M11297757

RECEIVED
OCT 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-342616