FILED
OCT 20 2020

Date: Oct 15, 2020 (th), 7:00 pm

From: mr. ISL A. ballard, #517667, 18701 Old Hwy 66, Pacific, MO 63069

To: Chief Judge Phyllis J. Hamilton, Oakland Courthouse, 1301 Clay St, Rm #3, Oakland, CA 94612

Re: 1040 Tax forms (Scholl v. Mnuchin, No. 20-cv-05309-PJH, Sept 24, 2020)

Dear Judge Hamilton:

Greetings, my name is Mr. ISL A. ballard and I'm writing you concerning the following. On Sept 24, 2020 you issued an Order concerning the nationwide class action suit of the U.S. stimulus funds (CaresActPrisonCase.org).

Thank you for your due diligence in helping POOR prisoners in America. Nevertheless, I'm writing you concerning the deadline (10.30.2020, Fri) to file the 1040 form; U.S. Individual Income Tax Form.

The prison I'm in, Missouri East Correctional Center (MECC) has waited until today 10.15.20 (thur) to have the following documents posted in the prison-library:

—IRS File Return a simplified paper tax (INFO), *DATED 10.8.20 (th)*

and

—Economic Impact Payment FAQ (EIP 2020) *NO DATE*

Pg. #1 of 2

(over)

However, the MAIN PROBLEM is the prison (MECC) is withholding and delaying the issuing of the 1040 form, U.S. Individual Income Tax Form to prisoner(s) @ MECC.

I asked Ms. Larry, the FUM/Function Unit Manger of the prison housing unit (#3) I'm assigned to, "When will prisoner(s) be receiving the 1040 form?" Ms. Larry stated to me today, 10.15.20 (Th) @ 3:43pm, "I don't know when MECC prisoners will be receiving their 1040 Tax forms."

The original story/notice that the prison administration posted in the prison unit, has a website of CaresActPrisonCase.org, handwritten on the notice. (Note: this notice is one page(;) & the entire lawsuit has NOT been posted).

However, I DON'T have access to the internet (CaresActPrisonCase.org) and my mom is elderly and retired, doesn't navigate the internet very WELL. Being so, I surveyed 100 of the 256 prisoner(s) housed in 1 of the 5 prison-housing unit(s) here and ALL of them have stated they don't have access to the internet either!!!!

Again, as of 10.15.20 (Th), the prison administration here has NOT passed out the 1040 forms. With only (10) ten business days left of the deadline, its very interesting that the MECC-prison has NOT passed out the 1040 forms. It'll be very hard, if NOT impossible to get the 1040 forms, BEFORE the (10.30.20, Fri) deadline... PLEASE help.

In conclusion, can you PLEASE extend the 10.30.20 deadline to Dec 30, 20 ?? ???
THANK YOU VERY MUCH!!!!

cc: In file
    PJH

Pg #2 of 2

I. Ballard  10-15-20



Q.L. Ballard #517667
Missouri East Correctional Center, Room # 3C-30
8701 Old Hwy 66,
Pacific, MO 63069

Mailed from:
Missouri Eastern
Correctional Center

ST. LOUIS MO 630
16 OCT 2020 PM 6 L

Judge Phyllis J. Hamilton
Oakland Courthouse,
1301 Clay St, Rm #3,
Oakland, CA 94612

