GEORGE HAMILTON # K-54885
KERN VALLEY STATE PRISON
P.O. BOX - 5102; B-3 # 121
DELANO, CALIF - 93216

PETITIONER IN PRO-PER

RECEIVED
OCT 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCANNED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCHOLL;
ALL STATE AND FEDERAL PRISONERS, NATIONWIDE, denied CARES ACT STIMULUS RELIEF FUNDS, et al.,
        PLAINTIFFS,
VS.
MNUCHIN;
THE U.S. DEPT. OF THE TREASURY; INTERNAL REVENUE SERVICE, et al.,
        DEFENDANTS.

CASE NO. _____

EMERGENCY REQUEST FOR the COURT to PROVIDE A COPY OF AND CLARIFY its ORDER FILED ON 9-24-2020, GRANTING NATIONWIDE INJUNCTIVE RELIEF.

(CLASS ACTION LITIGATION; ACTION FILED ON 8-1-2020)

TO: The HON. SUSAN Y. SOONG, CLERK OF COURT;
(HON. PHYLLIS J. HAMILTON, CHIEF DIST. JUDGE, DEPT. 3)

NOTICE IS HEREBY GIVEN, I GEORGE HAMILTON # K-54885 (PID #: 11161281), RESPECTFULLY MOVES the COURT REQUESTING A COPY OF AND CLARIFYING its ORDER FILED ON 9-24-2020, which GRANTED NATIONWIDE INJUNCTIVE RELIEF, which ENJOINED the FEDERAL

1

GOVERNMENT FROM DENYING "CARES ACT STIMULUS RELIEF FUNDS" TO ALL ELIGIBLE STATE AND FEDERAL PRISONER(S).

This instant motion is necessary and justified, based on the fact, that I just discovered this litigation on 10-13-2020, in which, a fellow prisoner shared legal information, in which, he received from a outside person, downloaded from the website: (www.lieffcabraser.com/cares-act-relief/). However, the few sheets of information did not, include, all relevant legal information, therewith, the case title and number.

Moreover, CDCR constantly communicated to California prisoner(s), that they, collectively, and respectively, is not entitled to "CARES ACT STIMULUS RELIEF FUNDS".

Furthermore, this instant motion is necessary and justified, based on CDCR FRAUDULENTLY-CONCEALING the following:

(1) this instant nationwide litigation;

(2) the court's 9-24-2020 order granting nationwide injunctive relief;

(3) the proper federal application form(s), in order to file for "CARES ACT STIMULUS RELIEF FUNDS";

2

(4)   The address of all attorneys, involved in the litigation;

(5)   All eligibility information, ect.

(6)   I've been incarcerated since 9-25-1995, for a non-homicide (2nd-degree robbery), in which juvenile strikes was used, under the Calif. Three-Strikes Law. I suffer serious medical condition(s) ("Chronic Venous Insufficiency"), which Covid-19 pandemic, pose a serious-deathly risk. Based on CDCR's overall medical program being corrupt, I greatly need all of the help that I can get.

Additionally, it is necessary for the court to clarify whether its 9-24-2020 order, extended the deadline, in which, to file and request claims for "Cares Act Stimulus Relief Funds."

Wherefore, I request for the court to grant this instant motion, in its entirety, and grant any relief, that the court deem fair and just. May Yahweh bless and guide the court, in Yahshua's name (Psalm-91). I declare under the penalty of perjury, that the foregoing is true and correct.

Date: 10-14-2020
(www.yahweh.com)

Respectfully-submitted,

/s/ [signature]
George Hamilton #K-54885
Petitioner in Pro-Per

3

**Return Address**

**Kern Valley State Prison**

Name: MR. GEORGE HAMILTON CDCR#: K-54885

Facility: B   Bldg.: 3   Cell: 121

P.O. Box: 5102

Delano, CA 93216

*Inmate Indigent Mail* ( Wednesday, 10-14-2020)

LEGAL MAIL

SANTA CLARITA CA 913
16 OCT 2020PM 3 L

ZPOSTAGE 000.50
HERE 16 OCT 16 20

NOTICE TO:

HON. SUSAN Y. SOONG
CLERK OF COURT
U.S. DISTRICT COURT
NORTHERN DIST. OF CALIF.
450 GOLDENGATE AVE.
SAN FRANCISCO, CALIF -
94102

RECEIVED

OCT 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LEGAL MAIL 94102-355139



**UNAUTHORIZED ITEMS**

Kern Valley State Prison Facility B, Building 3

- No mail over 13 ounces in weight. No padded/cushioned envelopes
- No musical or homemade greeting cards (No 3-D Cards)
- No receipts/birth certificates/marriage license/food/clothing/etc.
- No Cash/travelers checks/foreign currency
- No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
- No gang signs or gang related material
- No Polaroid's/slides/negatives/photo albums
- No items depicting drugs/nudity/sexually explicit material
- No tattoo patterns/trading paper/card stock/cardboard
- No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
- No 3rd party mail. No pens or pencils.

**AUTHORIZED ITEMS**

- Greeting cards - limit 10 w/attached plain white envelope
- 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
- 300 sheets of white or yellow lined paper (not cotton paper or color paper)
- 15 photographs (ASU - limit 5) no altered photos
- Checks/Money Orders with I/M Name and CDCR#
- Calendars - not to exceed 12 x 12 unopened
- Manila envelopes - limit 10 (clasp removed)

(Wednesday 10-14-2020; Legal Mail)

10/14/20

List is provided as a courtesy and does not reflect all restrictions or policies.