RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

LANDON M. YOST (CABN 267847)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-2144
Fax:         (202) 307-0054
E-mail: Landon.M.Yost@usdoj.gov
        Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, et al.,<br><br>Defendants. | Case No. 4:20-cv-05309-PJH<br><br>**STATUS REPORT REGARDING IRS NOTICE TO CORRECTIONAL FACILITIES** |

Pursuant to the Court's instructions at the October 29, 2020 hearing on this matter, the government hereby submits Exhibits 1-7, which are communications from the IRS to correctional facilities that are in addition to those that were previously submitted to the Court at Dkt. Nos. 86-1 through 86-5. Exhibit 4 is a cover letter sent electronically to these facilities on October 20, 2020, and subsequently sent physically. In accordance with the Court's instructions at the October 29 hearing, on October 30, 2020 the IRS electronically sent out another letter with attachments, all attached as Exhibit 7.

Dated this 30th day of October, 2020.

    RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice

DAVID L. ANDERSON
United States Attorney
Northern District of California

*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 30th day of October, 2020, via the Court's ECF system to all users.

>*/s/ Landon M. Yost*
>LANDON M. YOST
>Trial Attorney, Tax Division
>U.S. Department of Justice