UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 03 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs - Appellees, <br><br> JOHN GALVAN and PATRICK TAYLOR, <br><br> Intervenor-Plaintiffs - Appellees, <br><br>  v. <br><br> STEVEN TERNER MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; et al., <br><br> Defendants - Appellants. | No. 20-16963 <br><br> D.C. No. 4:20-cv-05309-PJH <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

The motion filed by the government on October 22, 2020 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7