UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 4:20-cv-5309-PJH<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MOVE DATES FOR THE GOVERNMENT'S STATUS REPORTS |

Having considered the parties' stipulated request that the Court modify the dates set for the government to submit status reports, the Court finds that good cause exists to modify the dates set for the submission of these reports as follows:

- The 11/6/2020 (Friday) status report shall be due on 11/10/2020 (Tuesday); and
- The 12/7/2020 (Monday) status report shall be due on 12/8/2020 (Tuesday).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 5, 2020

_____
Hon. Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 1 -

[PROPOSED] ORDER
NO. 4:20-CV-5309-PJH