| | |
|---|---|
| 1 | Kelly M. Dermody (SBN 171716) |
| | Yaman Salahi (SBN 288752) |
| 2 | Jallé Dafa (SBN 290637) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 4 | Telephone: 415.956.1000 |
| | Facsimile: 415.956.1008 |
| 5 | kdermody@lchb.com |
| | ysalahi@lchb.com |
| 6 | jdafa@lchb.com |
| 7 | Eva Paterson (SBN 67081) |
| | Mona Tawatao (SBN 128779) |
| 8 | Christina Alvernaz (SBN 329768) |
| | EQUAL JUSTICE SOCIETY |
| 9 | 1939 Harrison St., Suite 818 |
| | Oakland, CA 94612 |
| 10 | Telephone: 415-288-8703 |
| | Facsimile: 510-338-3030 |
| 11 | epaterson@equaljusticesociety.org |
| | mtawatao@equaljusticesociety.org |
| 12 | calvernaz@equaljusticesociety.org |

[Additional counsel listed on signature page]

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA. <br><br> Defendants. | Case No. 4:20-cv-5309-PJH <br><br> **PLAINTIFFS' RESPONSE TO CLASS MEMBER INQUIRIES AT ECF 138, 139, 140, 141, 142, 143, 144, 145, 146, 148, 149, AND 150 REQUESTING CASE DOCUMENTS OR LEGAL ASSISTANCE** |

Class Counsel have reviewed the docket to identify any entries reflecting Class Member inquiries. In addition to the inquiries to which Class Counsel previously responded, *see* ECF 97, 107, 115, and 133, Class Counsel have responded at no charge to the Class Member requests for documents or legal advice submitted by letters at ECF 138, 139, 140, 141, 142, 143, 144, 145, 146, 148, 149, and 150. Class Counsel will continue to coordinate with the clerk's office to obtain class member correspondence and respond to inquiries in a timely fashion.

Dated: November 6, 2020          Respectfully submitted,

By: */s/ Kelly M. Dermody*
      Kelly M. Dermody

Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder (SBN 212628)
Law Offices of LISA HOLDER
Equal Justice Society, Of Counsel
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

*/s/ Kelly M. Dermody*
Kelly M. Dermody

2057575.1