|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 20 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COLIN SCHOLL; LISA STRAWN, on behalf of themselves and all others similarly situated,

        Plaintiffs-Appellees,

JOHN GALVAN,

        Intervenor-Plaintiff-Appellee,

PATRICK TAYLOR,

        Intervenor-Plaintiff-Appellee,

 v.

STEVEN TERNER MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; et al.,

        Defendants-Appellants.

No.   20-16915

D.C. No. 4:20-cv-05309-PJH
Northern District of California, Oakland

ORDER

Before: CLIFTON, IKUTA, and LEE, Circuit Judges.

    The unopposed motion to dismiss this appeal (Docket Entry No. 14) is granted.

    All pending motions are denied as moot.

    **DISMISSED.**

AC/MOATT