UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; U.S. INTERNAL REVENUE SERVICE; and UNITED STATES OF AMERICA,<br><br>        Defendants. | No. 4:20-cv-5309-PJH<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ATTORNEY CHRISTOPHER PITOUN PURSUANT TO L.R. CIV. 11-5 |

1    This matter comes before the Court on Motion for Leave to Withdraw Appearance of
2    Attorney Christopher Pitoun Pursuant To L.R. Civ. 11-5 ("Motion").
3    Upon consideration of the foregoing Motion, the papers submitted in support and in response
4    thereto, and good cause appearing, the Motion is hereby GRANTED. Accordingly, it is ORDERED
5    that the appearance of attorney Christopher Pitoun as counsel of record for the Proposed Intervenors
6    John Galvan and Patrick Taylor is hereby WITHDRAWN, and attorney Christopher Pitoun is
7    discharged from any further responsibility to the Court in this matter.
8    It is further ORDERED that the Clerk of Court shall TERMINATE attorney Pitoun's
9    appearances as cousel of record for Messrs. Galvan and Taylor and that he be removed from this
10   action's electronic case filing (ECF) service list.
11   SO ORDERED:
12   DATED:   November 23, 2020         _____
13                                       THE HONORABLE PHYLLIS J. HAMILTON
                                         UNITED STATES CHIEF DISTRICT JUDGE