RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

LANDON M. YOST (CABN 267847)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:    (202) 307-2144
Fax:              (202) 307-0054
E-mail: Landon.M.Yost@usdoj.gov
            Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for United States of America

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>STEVEN MNUCHIN, et al.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-05309-PJH<br><br>**SECOND STATUS REPORT REGARDING COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION** |

　　　　On October 14, 2020, the Court issued a permanent injunction that "enjoined [the government] from withholding benefits pursuant to 26 U.S.C. § 6428 from plaintiffs or any class member on the sole basis of their incarcerated status." (Dkt. 85, pp. 38-39). The Court also ordered the government to reconsider payment under Section 6428, within 30 days from the Court's September 24, 2020 preliminary injunction order, "to those who are entitled to such payment based on information available in the IRS's records (i.e., 2018 or 2019 tax returns), but from whom benefits have thus far been withheld, intercepted, or returned on the sole basis of their incarcerated status." *Id.* Additionally, the

Court ordered that within those 30 days, the government must "reconsider any claim filed through the 'non-filer' online portal or otherwise that was previously denied solely on the basis of the claimant's incarcerated status." *Id.*  The Court further ordered that the government must "take all necessary steps to effectuate these reconsiderations, including updates to the IRS website and communicating to federal and state correctional facilities." *Id.*  Finally, the Court ordered that within 45 days of its September 24, 2020 order, the government must "file a declaration confirming these steps have been implemented, including data regarding the number and amount of benefits that have been disbursed."[1]

On November 10, 2020, the United States submitted a status report, along with the Fourth Declaration of Kenneth C. Corbin, which confirmed that the government had complied with the permanent injunction. (Dkt. 155).  It explained that incarcerated individuals who had not already been issued an EIP, but who had filed a 2018 or 2019 tax return, received certain federal benefits, completed a submission through the non-filer portal, or submitted a simplified paper return in time that the payment can be made or allowed before December 31, 2020, would henceforth automatically be included in payment files provided to the Bureau of the Fiscal Service (BFS), if they meet the eligibility criteria. *Id.* It also informed the Court that, in addition to the approximately 950,000 incarcerated individuals who earlier received a payment, an additional 224,581 payments had been issued thus far in the total amount of at least $270,656,319 (disregarding any offsets for past due child support). *Id.*

The Court also ordered a status report to be filed by December 7, 2020, a deadline that was later changed to December 8, 2020.[2]  Consequently, the government submits this status report to update the Court on its compliance with the permanent injunction.  Attached to this status report is the First Declaration of David Alito ("Alito Decl.").  As reflected in that declaration, between November 7, 2020 and December 7, 2020, an additional 127,606 individuals previously identified as incarcerated were issued a payment after having been reconsidered, and an additional $153,888,001 in payments were made to individuals previously identified as incarcerated, before any child support offsets.  Alito Decl.,

---

[1] On November 3, 2020, the government submitted a stipulated request to move the date for this status report and declaration to November 10, 2020, which the Court granted.  (Dkts. 136 and 137).

[2] On November 3, 2020, the government submitted a stipulated request to move the date for this status report and declaration to December 8, 2020, which the Court granted.  (Dkts. 136 and 137).

¶¶ 3-4.  As of December 7, 2020, the total number of individuals previously identified as incarcerated who were issued a payment after having been reconsidered is 352,166.  *Id.*, ¶ 5.  Other than the approximately 27,000 individuals whose payments were previously canceled by BFS or otherwise returned to the IRS, this total does not include individuals who were issued a payment before accounts were marked as incarcerated.  *Id.*  Finally, as of December 7, 2020, the total amount of payments made to individuals previously identified as incarcerated is $424,519,120, before any child support offsets.  *Id.* ¶ 6.  This total does not include amounts that were issued to incarcerated individuals before accounts were marked as incarcerated or the amount paid to the 21 individuals included in the test file discussed in paragraphs 10 and 11 of the Fourth Declaration of Kenneth C. Corbin submitted in this case (Dkt. 155-1).  *Id.*

Dated this 8th day of December, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice

DAVID L. ANDERSON
United States Attorney
Northern District of California

*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 8th day of December, 2020, via the Court's ECF system to all users.

*/s/ Landon M. Yost*
LANDON M. YOST
Trial Attorney, Tax Division
U.S. Department of Justice