Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

[Additional counsel listed on signature page]

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  4:20-cv-5309-PJH<br><br>**PLAINTIFFS' STATUS REPORT REGARDING IMPLEMENTATION OF THE COURT'S ORDERS** |

Class Counsel hereby submit this report to supplement Plaintiffs' November 6, 2020 Status Report regarding: implementation of the Court's Orders, the outreach of the Class Counsel team to Class Members and related stakeholder groups, and to respectfully request that the Court order the IRS to submit a supplemental status report concerning the volume of unprocessed mailed and online "non-filer" claims and their status.

**1.     Updated Information on Class Member Outreach:** Since the last Status Report on November 6, 2020 (ECF 152), Class Counsel worked to try to ensure that Class Members with access to online tools could avail themselves of the IRS non-filer online portal by the November 21, 2020 deadline. In addition, Class Counsel advised attorneys helping clients with how to complete the IRS Form 2848 (including creating an exemplar third party authorization form, posted online) to permit attorneys to do online filings for those Class Members who remain incarcerated.

Class Counsel continue to receive and respond to phone calls, email, and paper correspondence from Class Members and their families, friends, providers, and attorneys.  Since November 6, 2020, the case webpages – located at https://caresactprisoncase.org/ and https://www.lieffcabraser.com/cares-act-relief/ were visited 95,063 times (for a total of 725,476 times since September 24).  Over this last month, Class Counsel responded to thousands of new emails, including 1,368 emails generated from case webpages in addition to those sent to individual attorneys or firm mailboxes.  (Since September 24, the Class team has responded to approximately 12,000 emails from Class Members and related stakeholders.)  Class Counsel also responded to approximately 200 calls and 400 letters over this same time period (or 1146 calls and 979 letters since September 24.)  Class Counsel expect that these intakes will continue through the end of this year and beyond, and may even increase in volume if Class Members discover that their claims have been not been processed timely or adequately for payment this year.

**2.     <u>Issues With IRS Portal and Hotlines</u>**: Class Counsel are concerned that the IRS prematurely closed the non-filer online portal *before* November 21, despite having promised to keep that process open until that date.  In fact, on November 21, at 8:13 a.m. pacific time, Class

1  Counsel received an email from an advocacy organization containing the image displayed in
2  Exhibit A, indicating that the online portal was closed the previous day.  Class Counsel
3  immediately alerted IRS counsel, but IRS counsel has never responded to the concern raised.  At
4  a minimum, Class Counsel believe that the IRS should process the claim it prematurely blocked
5  from being filed on time.

6  Class Counsel have also received numerous reports of Class Members having problems
7  getting through to the IRS hotlines posted on the IRS EIP website or to which IRS staff have
8  referred Class Members.  For example, the 1-800-829-1040 number only has automated services
9  that do not answer Class Member questions.  The 1-833-944-3810 number results in multiple
10  disconnections with long wait times to speak to a representative, often exceeding the maximum
11  phone time in prison facilities.  The IRS employees at the 1-800-919-9835 EIP helpline number
12  cannot look at individual accounts or answer specific questions.  Class Counsel have attempted to
13  raise these issues with the IRS, which has not responded.

14  Lastly, as a result of a considerable effort by the IRS to check Class Member EIP
15  applications for identity fraud, Class Counsel have received multiple urgent requests for help
16  from Class Members who have received letters from the IRS asking them to call an IRS
17  verification hotline *within thirty days* of the letter.  Unfortunately, even when Class Members
18  have tried (often over and over for days or weeks), they have been unable to complete their
19  application and now fear  it will be rejected through no fault of their own. In particular, the
20  hotline has been so understaffed that it will either not permit callers to remain on hold because the
21  queue of callers waiting is too long, or it will permit callers to wait in a queue for the next
22  available agent, but then remain on hold for so long (e.g., 20 minutes of longer) that those who
23  are incarcerated are forced to terminate the phone call for reaching the allotted call time or phone
24  privileges of their correctional institution. Class Counsel have contacted IRS repeatedly about
25  this, including at the request of various concerned correctional institutions, but IRS counsel has
26  not responded.

27  **3.** **Issues with Correctional Facilities:**  Class Counsel, often in coordination with
28  the advocate network described in the November 6, 2020 status report, have continued to

troubleshoot issues of correctional facility confusion caused by the changing messages of the IRS. Unfortunately, it appears that several facilities failed to distribute blank claim forms from the IRS (typically due to uncertainty about the IRS's position on incarcerated eligibility or the pending IRS "appeal" referenced repeatedly in IRS notices). Class Counsel thus expect to continue to need to monitor avenues for Class Members to file EIP claims, including via "refund" request on a 2020 tax return.  Once IRS guidance is issued for the 2021 tax filing season, Class Counsel will update the case website with new guidance and sample Form 1040s to help stakeholders navigate these last chance steps. Regrettably, it may be necessary for the IRS to once again clarify to correctional authorities that Class Members are entitled to receive stimulus funds, and that the IRS is no longer pursuing an appeal.[1]

**4.     Request for Supplemental Information:** Class Counsel receive daily reports from Class Members who have not yet received their requested EIPs.  While the IRS filed a status report today on the claims it has paid out thus far, *see* ECF 161, the IRS has not provided an update on the remaining work, including the number of mailed and online claims that have been received and those left to be processed.  It is unclear whether there is a processing backlog affecting Class Members, and critically whether Class Members will receive their EIP funds before the December 31, 2020 deadline.

In addition, although the Court ordered the IRS by October 24, 2020, to "reconsider advance refund payments to those who are entitled to such payment based on information available in the IRS's records (i.e., 2018 or 2019 tax returns), but from whom benefits have thus far been withheld, intercepted, or returned on the sole basis of their incarcerated status," and to "reconsider any claim filed through the 'non-filer' online portal or otherwise that was previously denied solely on the basis of the claimant's incarcerated status," *see* ECF 50, it is unclear whether all re-processed claims have now been paid or if there are subgroups of re-processed Class Members to whom the IRS is still working to send payments. For example, Class Counsel were contacted recently by an individual who filed a 2019 tax return jointly on behalf of herself and her incarcerated spouse.

---

[1] As of this morning, IRS counsel have advised Class Counsel that they intend to file a motion to withdraw the appeal in the Ninth Circuit of the Court's permanent injunction, at Appeal No. 20-17077.  This will close the last of all pending matters before the Ninth Circuit.

The non-incarcerated spouse received an EIP earlier this year, but to date the couple has not yet received the incarcerated spouse's portion of the EIP. It is not clear if that is because the IRS has not yet re-considered eligibility for married couples who had EIPs denied in full or in part due to earlier exclusions of incarcerated people from stimulus payments.

Accordingly, Class Counsel respectfully request that the IRS be ordered to supplement their status report with information on the remaining processing work.

Dated: December 8, 2020           Respectfully submitted,


By: */s/ Kelly M. Dermody*
    Kelly M. Dermody

Kelly M. Dermody (SBN 171716)
Yaman Salahi (SBN 288752)
Jallé Dafa (SBN 290637)
LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
kdermody@lchb.com
ysalahi@lchb.com
jdafa@lchb.com

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder (SBN 212628)
Law Offices of LISA HOLDER
Equal Justice Society, Of Counsel
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

*/s/ Kelly M. Dermody*
Kelly M. Dermody