Edward M. Robbins, Jr.
HOCHMAN SALKIN TOSCHER PEREZ, PC
9150 Wilshire Blvd., Suite 300
Beverly Hills, California 90212
310.281.3247 (O)
310.859.5129 (F)
edr@taxlitigator.com

Joseph A. DiRuzzo, III (pro hac vice forthcoming)
DIRUZZO & COMPANY
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, Florida 33301
954.615.1676 (O)
954.827.0340 (F)
jd@diruzzolaw.com

*Counsel for Jamal A. Morton and Araclis N. Ayala, individually and on behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------x

COLIN SCHOLL, *et al.*,                          :        Case No. 4:20-cv-5309-PJH
      Plaintiff,                              :
   v.                                            :
                                                 :
STEVEN MNUCHIN, *et al.*,                         :
      Defendants.                             :

------------------------------------------------x

## ORDER

**AND NOW,** upon JAMAL A. MORTON and ARACLIS N. AYALA motion for leave to intervene, the premises being considered, the Court hereby **GRANTS** the motion. It is further

**ORDERED** that the Clerk of the Court shall amend the caption to include JAMAL A. MORTON and ARACLIS N. AYALA as intervenors.

SO ORDERED.

Dated: _____             _____
                                                         Phyllis J. Hamilton
                                                         U.S. District Judge