1   Kelly M. Dermody (SBN 171716)
    Yaman Salahi (SBN 288752)
2   Jallé Dafa (SBN 290637)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3   275 Battery Street, 29th Floor
    San Francisco, CA  94111-3339
4   Telephone:  415.956.1000
    Facsimile:  415.956.1008
5   kdermody@lchb.com
    ysalahi@lchb.com
6   jdafa@lchb.com

7   Eva Paterson (SBN 67081)
    Mona Tawatao (SBN 128779)
8   Christina Alvernaz (SBN 329768)
    EQUAL JUSTICE SOCIETY
9   1939 Harrison St., Suite 818
    Oakland, CA  94612
10  Telephone: 415-288-8703
    Facsimile:  510-338-3030
11  epaterson@equaljusticesociety.org
    mtawatao@equaljusticesociety.org
12  calvernaz@equaljusticesociety.org

13  [Additional counsel listed on signature page]

14  *Co-Lead Class Counsel*

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19  COLIN SCHOLL and LISA STRAWN, on          Case No.  4:20-cv-5309-PJH
    behalf of themselves and all others
20  similarly situated,                       **PLAINTIFFS' REQUEST FOR A
                                              STATUS CONFERENCE REGARDING
21                 Plaintiffs,                IMPLEMENTATION OF THE COURT'S
                                              ORDERS**
22  v.

23  STEVEN MNUCHIN, in his official
    capacity as the Secretary of the U.S.
24  Department of Treasury; CHARLES
    RETTIG, in his official capacity as U.S.
25  Commissioner of Internal Revenue; U.S.
    DEPARTMENT OF THE TREASURY;
26  the U.S. INTERNAL REVENUE
    SERVICE; and, the UNITED STATES OF
27  AMERICA.

28                 Defendants.

1      Class Counsel respectfully submit this request for a status conference concerning major

2  unaddressed issues with the IRS's processing of claims and compliance with Court Orders before

3  the December 31, 2020 deadline for stimulus payments.  The IRS has also failed to provide

4  sufficient information regarding the volume of unprocessed paper or electronic claims, including

5  those the Court ordered to be re-reviewed by October 24, 2020.[1]  ECF 50.   Although Class

6  Counsel have contacted counsel for IRS about these issues on several occasions, counsel for IRS

7  has informed Class Counsel that he is "ignoring" Class Counsel's messages.

8      The issues are summarized below:

9      1.  **Failure to Re-Process Claims that Should Have Received Automatic EIPs Due to**

10         **Being 2018 or 2019 Tax Filers, or Filing through the Non-Filer Portal Prior to**

11         **September 24, 2020**.  Class Counsel have received numerous reports that people have

12         been waiting for their re-processed claims to be paid, and that they are unable to get

13         further information from the IRS on the status of their payments. We have alerted the

14         IRS that this appears to have happened to multiple married couples, where one spouse

15         is incarcerated and the other is not, and to those claimants who returned to the IRS a

16         stimulus check paid to them in the Spring, after being contacted by the IRS with a

17         request that it be re-paid.

18     2.  **IRS Hotlines**.  Class Counsel have also received numerous reports of Class Members

19         having problems getting through to all of the IRS hotlines posted on the IRS EIP

20         website or to which IRS staff have referred Class Members.  Most concerning is that

21         the IRS has flagged a large number of Class Members for identity verification and has

22         required that they verify their identities within 30 days of receiving an IRS letter by

23         calling an established IRS hotline.  Unfortunately, many people in carceral settings

24         (e.g., jails) do not have access to phones, or may only call to certain pre-approved

25         telephone numbers, or have limited call time privileges, or must share phone access

26         with a large population of incarcerated people needing to use the phone.  To

---

27  [1] While the IRS in its most recent status report described the claims it has paid out thus far, *see*
ECF 161, the IRS has not provided an update on the remaining work, including the number of
28  mailed and online claims that have been received and those left to be processed.

PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE
CASE NO. 4:20-CV-5309-PJH

1    compound matters, the IRS identity verification number has been in such high

2    demand, that Class Members, and correctional professionals, have alerted Class

3    Counsel that they call the required number only to receive an automated message that

4    the call volume is too high and they should call back, or are kept in a customer service

5    queue that takes so long they lose phone privileges at their facility before getting a

6    chance to speak with anyone.  In effect, this process is denying valid claims.

7     3.   **Premature Closure of Online Portal**.  Class Counsel have received reports that the

8    IRS prematurely closed the non-filer online portal *before* November 21, despite

9    having promised to keep that process open until that date.[2]

10

11   Dated: December 17, 2020       Respectfully submitted,

12

13            By:   */s/ Kelly M. Dermody* _____
             Kelly M. Dermody

14         Kelly M. Dermody (SBN 171716)

15         Yaman Salahi (SBN 288752)
        Jallé Dafa (SBN 290637)

16         LIEFF CABRASER HEIMANN
         & BERNSTEIN, LLP

17         275 Battery Street, 29th Floor
        San Francisco, CA  94111-3339

18         Telephone:  415.956.1000
        Facsimile:  415.956.1008

19         kdermody@lchb.com
        ysalahi@lchb.com

20         jdafa@lchb.com

21

22

23

24

25

---

26 [2] On November 21, at 8:13 a.m. pacific time, Class Counsel received an email from an advocacy organization containing the image displayed in Exhibit A to Plaintiffs' Status Report (ECF 162),

27 indicating that the online portal was closed the previous day.  Class Counsel immediately alerted IRS counsel, but IRS counsel has never responded to the concern raised nor offered any

28 alternative to processing the prematurely blocked claim Class Counsel brought to defense counsel's attention.

PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE
CASE NO. 4:20-CV-5309-PJH

Eva Paterson (SBN 67081)
Mona Tawatao (SBN 128779)
Christina Alvernaz (SBN 329768)
EQUAL JUSTICE SOCIETY
1939 Harrison St., Suite 818
Oakland, CA  94612
Telephone: 415-288-8703
Facsimile:  510-338-3030
epaterson@equaljusticesociety.org
mtawatao@equaljusticesociety.org
calvernaz@equaljusticesociety.org

Lisa Holder (SBN 212628)
Law Offices of LISA HOLDER
Equal Justice Society, Of Counsel
P.O. Box 65694
Los Angeles, CA 90065
Telephone: 323-683-6610
lisaholder@yahoo.com

*Co-Lead Class Counsel*

PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE
CASE NO. 4:20-CV-5309-PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I caused the foregoing to be electronically filed and served with the Clerk of the Court using the CM/ECF system to all parties of record.

*/s/  Kelly M. Dermody*
Kelly M. Dermody

2099447.2

PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE
CASE NO. 4:20-CV-5309-PJH