UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLIN SCHOLL, et al.,

    Plaintiffs,

v.

STEVEN MNUCHIN, et al.,

    Defendants.

Case No. 20-cv-05309-PJH

**ORDER SETTING STATUS CONFERENCE**

Re: Dkt. No. 169

The court is in receipt of plaintiffs' request for status conference. Dkt. 169. The court SETS a status conference in this matter for Monday December 21, 2020 at 10:00 AM PST. The courtroom deputy will provide video teleconference information prior to the hearing.

**IT IS SO ORDERED.**

Dated: December 18, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge