UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN SCHOLL, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEVEN MNUCHIN, et al.,<br><br>  Defendants. | Case No. 20-cv-05309-PJH<br><br>**ORDER REQUESTING PROPOSED FORM OF JUDGMENT** |

On October 14, 2020, the court granted in part and denied in part plaintiffs' motion for summary judgment. Dkt. 87. The court did not enter a final judgment given that the court ordered defendants to submit status reports regarding their compliance with the court's permanent injunction. Since the status reports are now complete, the court intends to enter a final judgment. Accordingly, plaintiffs shall submit a proposed form of judgment on or before January 19, 2021. No extension of this deadline will be considered, otherwise the court will issue its own form of judgment.

**IT IS SO ORDERED.**

Dated: January 12, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge