UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated, | No. 20-16915 |
| Plaintiffs - Appellees, | D.C. No. 4:20-cv-05309-PJH U.S. District Court for Northern California, Oakland |
| JOHN GALVAN, | |
| Intervenor-Plaintiff - Appellee, | **MANDATE** |
| JEFFREY OLSON, | |
| Intervenor - Pending, | |
| PATRICK TAYLOR, | |
| Intervenor-Plaintiff - Appellee, | |
| v. | |
| STEVEN TERNER MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; et al., | |
| Defendants - Appellants. | |

The judgment of this Court, entered November 20, 2020, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7