UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLIN SCHOLL and LISA STRAWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as the Secretary of the U.S. Department of Treasury; CHARLES RETTIG, in his official capacity as U.S. Commissioner of Internal Revenue; U.S. DEPARTMENT OF THE TREASURY; the U.S. INTERNAL REVENUE SERVICE; and, the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 4:20-cv-5309-PJH<br><br>**[PROPOSED] FINAL JUDGMENT** |

The Court hereby enters final judgment in this action as between Plaintiffs Colin Scholl and Lisa Strawn, the Class, and Defendants Steven Mnuchin, Charles Rettig, U.S. Department of the Treasury, Internal Revenue Service, and the United States of America ("Defendants"), consistent with the Court's October 14, 2020 order granting in part and denying in part Plaintiffs' motion for summary judgment and entering a permanent injunction (Dkt. No. 87). This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a). Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of enforcing its October 14, 2020 permanent injunction, and reviewing any motions for attorney's fees or costs. The Clerk is hereby directed to enter judgment forthwith. The case is closed except for purposes of considering a motion for attorney's fees and costs, to be filed within 30 days of when this judgment becomes final and not appealable. *See* 28 U.S.C. §§ 2412(d)(1)(B), 2412(d)(2)(G); *Al-Harbi v. I.N.S.*, 284 F.3d 1080, 1082-83 (9th Cir. 2002).

JUDGMENT APPROVED AS TO FORM BY:

Dated: _____  By: _____
Honorable Phyllis J. Hamilton
United States District Judge

JUDGMENT ENTERED: _____, 2021
By: Clerk of the United States District Court
   for the Northern District of California