UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN SCHOLL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STEVEN MNUCHIN, et al.,<br><br>    Defendants. | Case No. 20-cv-05309-PJH<br><br>**ORDER RE: PRO SE INMATE FILINGS** |

The court continues to receive a large volume of attempted filings from pro se inmates in this closed case. As members of the plaintiff class, such inmates are represented parties and may file motions, requests and other documents only through their counsel of record. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the clerk will forward any such attempted filings to the counsel of record. Counsel may return to the court any attempted filings that they believe require court review and are beyond the scope of this case. Such attempted filings may include allegations that prison staff are interfering with inmates' mail with respect to obtaining economic impacts payments ("EIP") or other allegations that do not concern general requests regarding obtaining the EIP or denial of the EIP. The court will not retain copies of the pro se attempted filings that are forwarded to counsel.

**IT IS SO ORDERED.**

Dated: March 19, 2021

                                                      */s/ Phyllis J. Hamilton*
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge